# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Deborah Diane Fletcher
5805 42nd Ave Apt 617
Hyattsville, MD 20781
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Aventura Hospital & Medical Center
President
20900 Biscayne Blvd.
Aventura, Florida
33180
*(Full name and address of the defendant(s))*
**Defendant(s)**

Civil No.: JFM 13 CV 3050
*(Leave blank. To be filled in by Court.)*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 OCT 15 A 9:31
CLERK'S OFFICE
AT GREENBELT
DEPUTY

## COMPLAINT

1. Jurisdiction in this case is based on:

   [X] Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   [ ] Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   [ ] Other (explain) _____

Complaint (Rev. 12/2000)

1

2. The facts of this case are:

On 06/24/2013 the Plaintiff enter the Defendant to seek medical help when the Defendant gave the Plaintiff in a shot advill and horin. The Plaintiff had a bad reaction to those two medicine mix together. At a point where she could not recall anything that happen afterward. And she believe that she gave birth to an infant that she did not receive.